UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | 10 CR 0099 |
| | ) | |
| ANDRE BEARD, aka "Diesel" | ) | Hon. Jeffrey Cole |
| | ) | |

### EX PARTE MOTION TO SEAL COMPLAINT AND AFFIDAVIT

Now comes the UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal the Arrest Warrant, Complaint and Affidavit:

Special Agent Brooklyn A. Riordan of the Federal Bureau of Investigation is the primary source of information for the Complaint and Affidavit. The Complaint Affidavit details the facts supporting probable cause that the defendant identified therein did violate Title 21, United States Code, Section 841(a)(1). If the information contained in the Complaint and Affidavit were disclosed at this time, the investigation and the execution of the arrest warrant issued pursuant to this complaint would be jeopardized due to the possible destruction of evidence, and flight of the subjects of the investigation. Disclosure could also compromise the agents' safety in executing the arrest warrant.

For the foregoing reasons, the government respectfully requests that this motion, and the Arrest Warrant, Complaint and Affidavit remain sealed until February 7, 2011, or until further order of the Court, whichever occurs first.

                                                  Respectfully submitted.

                                                  PATRICK J. FITZGERALD
                                                  United States Attorney

By:    */s/ Stephen P. Baker*
        STEPHEN P. BAKER
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 353-1598

DATE: February 8, 2010