FILED
MAR 1 0 2010
Mar 10. 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGE RONALD GUZMAN** |
| | ) No. 10 CR 99 | |
| v. | ) | |
| | ) Violation: Title 21, United States Code, | |
| | ) Section 841(a)(1) | |
| ANDRE BEARD | ) | |
| | ) | **MAGISTRATE JUDGE COLE** |

The SPECIAL SEPTEMBER 2008 GRAND JURY charges:

On or about June 18, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

ANDRE BEARD

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 50 grams or more of mixtures and substances containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY