*Felony*



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **10 CR 99; United States v. Andre Beard; Magistrate Judge Cole**   **JUDGE RONALD GUZMAN**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

   **MAGISTRATE JUDGE COLE**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **DAPCA Controlled Substances (III)**

10) List the statute of each of the offenses charged in the indictment or information.
    **21 USC 841(a)(1)**

**FILED**

MAR 10 2010
Mar 10, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Stephen P. Baker
Assistant United States Attorney